# Order

Michigan Supreme Court
Lansing, Michigan

July 16, 2021

162449 (51)

NORMAN E. CARSON,
      Plaintiff-Appellant/
      Cross-Appellee,

v

BANDIT INDUSTRIES, INC. and ACUITY, A
MUTUAL INSURANCE COMPANY,
      Defendants-Appellees/
      Cross-Appellants.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162449
COA: 350257
MCAC: 18-000012

By order of June 30, 2021, we vacated the December 17, 2020 judgment of the Court of Appeals and remanded this case to the Court of Appeals for consideration as on leave granted of those issues that the Court of Appeals previously declined to review. On order of the Court, the motion for clarification of this Court's June 30, 2021 order is considered, and it is GRANTED. On remand, the Court of Appeals shall consider as on leave granted those issues that the Court of Appeals previously declined to review in its January 2, 2020 order. As set out in the appellant's application for leave to appeal in that court, those issues are:

I.      Did the appellate commission violate MCL 418.861a(3) when it reversed the magistrate's finding of a work-related injury?

II.     Did the appellate commission misapply the legal standard articulated by the Supreme Court in *Rakestraw v General Dynamics Land System*, 469 Mich 220 (2003) in finding that the plaintiff failed to demonstrate a work-related injury?

This Court did not previously deny leave to appeal on these issues, and the appellant timely raised them in an application filed within 42 days of the Court of Appeals opinion resolving the appeal pursuant to MCR 7.305(C)(2)(a). As consideration of the above issues may impact the Court of Appeals' decision on the issue of recoupment (the appellant's Issue III), the Court of Appeals should also reconsider the recoupment issue and address the arguments presented by the parties in this Court with respect to that issue.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021



Clerk

p0713